**Electronically Filed
Supreme Court
SCPW-11-0000796
06-FEB-2012
10:58 AM**

NO. SCPW-11-0000796

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

BARBARA E. SHERRILL, Petitioner,

vs.

THE HONORABLE DERRICK H.M. CHAN, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, Respondent.

ORIGINAL PROCEEDING
(P. No. 10-1-0254)

ORDER
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.
and Circuit Judge Browning, in place of Acoba, J., recused)

Upon consideration of the motion for reconsideration of the January 19, 2012 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, February 6, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ R. Mark Browning

